IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEPARTMENT OF REVENUE,

      Appellant,

v.

CHRISTOPHER ARNDT and
HEATHER CALLAHAN,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5154

Opinion filed September 7, 2016.

An appeal from the Division of Administrative Hearings.
Robert E. Meale, Judge.

Pamela Jo Bondi, Attorney General, Toni C. Bernstein, Senior Assistant Attorney
General, Tallahassee, for Appellant.

Christopher Arndt, pro se, Appellee.


PER CURIAM.

     REVERSED.  Dep't of Revenue v. Reyes, 181 So. 3d 1270 (Fla. 1st DCA

2015).

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.